ETHEL M. RUSTICK, *ET ALS.*, PLAINTIFFS-PETITIONERS, v. SAFEWAY TRAILS, INC., DEFENDANT-RESPONDENT.

*Messrs. Rothbard, Harris & Oxfeld* and *Mr. Albert W. Seaman* for the petitioners.

*Mr. Joseph R. Moss* for the respondent.

March 15, 1966. Denied.

JACK T. SANDS, APPELLANT-RESPONDENT, v. BOARD OF EXAMINERS OF ELECTRICAL CONTRACTORS, RESPONDENT-PETITIONER.

See same case below: 90 *N. J. Super.* 82.

*Mr. Arthur J. Sills* and *Mr. Richard Newman* for the petitioner.

*Mr. Morton I. Greenberg* for the respondent.

March 15, 1966. Granted.

DOMINICK DeCARLO, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. BOROUGH OF CLIFFSIDE PARK, DEFENDANT-PETITIONER.

See same case below: 90 *N. J. Super.* 126.

*Messrs. Basile & Delchop* for the petitioner.

*Mr. Joseph N. Marotta, Jr.* for the respondents.

March 15, 1966. Granted.